# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM AND DANIELLE REESE, individually, and as parents and next friends of (N.R.), a minor child, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | Case No. CIV-17-668-F |
| MOORE PUBLIC SCHOOLS, AN INDEPENDENT SCHOOL DISTRICT, CLEVELAND COUNTY, OKLAHOMA, | ) ) ) ) | (District Court of Cleveland County, Case No. CJ-2017-657) |
| Defendant. | ) | |

## ORDER

For reasons stated on the record during the hearing held this date, Defendant's Motion to Dismiss, filed on June 22, 2017 (doc. no. 3), is **GRANTED** to the extent it seeks to dismiss Plaintiffs' claim under the Individual with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*. The Individual with Disabilities Education Act claim is **DISMISSED WITHOUT PREJUDICE**. Because the court declines to exercise supplemental jurisdiction over plaintiffs' remaining state law claims, this action is **REMANDED** to the District Court of Cleveland County, State of Oklahoma.

DATED this 14th day of September, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0668p003.docx